# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARMEN KOHLER, <br><br> Plaintiffs, <br><br> v. <br><br> CAPITAL ONE BANK (USA) N.A., <br><br> Defendant. | ) Case No. 3:18-cv-1423 <br> ) <br> ) Chief Judge Michael J. Reagan <br> ) Magistrate Judge Reona J. Daly <br> ) |

## NOTICE OF SETTLEMENT

Plaintiff CARMEN KOHLER notifies this Court that Plaintiff and Defendant CAPITAL ONE BANK (USA), N.A., have resolved all claims between them in this matter and are in the process of completing the final settlement documents and filing the appropriate dismissal pleadings. The parties request that the Court retain jurisdiction for sixty (60) days for any matters related to completing and/or enforcing the settlement and stay all remaining discovery deadlines.

Respectfully submitted the 31st day of January 2019.

By: */s/ Peter Cozmyk*
Peter Cozmyk
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd., Ste 200
Independence, OH 44131
(877) 570-4440
pcozmyk@cozmyklaw.com
Attorney for Plaintiff,
CARMEN KOHLER

# CERTIFICATE OF SERVICE

I certify that on January 31, 2019 I filed Plaintiff CARMEN KOHLER's Notice of Settlement using the CM/ECF system, which will provide notice to the following:

Colby A. Kingsbury (ARDC #6272842)
**FAEGRE BAKER DANIELS LLP**
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
(312) 212-6500
Colby.Kingsbury@FaegreBD.com
Attorney for Defendant
Capital One Bank (USA) N.A.

Erin Leigh Hoffman
**Faegre Baker Daniels LLP**
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@faegrebd.com

By: */s/ Peter Cozmyk*
Peter Cozmyk
Cozmyk Law Offices, LLC
6100 Oak Tree Blvd., Ste 200
Independence, OH 44131
(877) 570-4440
pcozmyk@cozmyklaw.com
Attorney for Plaintiff,
CARMEN KOHLER