# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CARMEN KOHLER, | Case No: 3:18-cv-01423-MJR-RJD |
| Plaintiff, | |
| v. | ELECTRONICALLY FILED |
| CAPITAL ONE BANK (USA), N.A., | |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Carmen Kohler ("Plaintiff"), and Defendant Capital One Bank (USA), N.A. ("Defendant"), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate to the dismissal of all of Plaintiff's claims in this action against Defendant WITH PREJUDICE, with each party to bear its own costs and fees.

JOINTLY SUBMITTED BY:

*/s/ Colby A. Kingsbury (with permission)*
Colby A. Kingsbury (ARDC #6272842)
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
T: (312) 212-6500
E: Colby.Kingsbury@FaegreBD.com
 COUNSEL FOR DEFENDANT

*/s/ Peter Cozmyk*
Peter Cozmyk
Cozmyk Law Offices, LLC, 6100 Oak Tree Blvd., Ste. 200
Independence, OH 44131
T: (877) 570-4440
E: Pcozmyk@cozmyklaw.com
*COUNSEL FOR PLAINTIFF*

Erin Leigh Hoffman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@faegrebd.com
*COUNSEL FOR DEFENDANT*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 27th day of March 2019, I electronically filed the foregoing Stipulation of Dismissal using the CM/ECF System, which will notify all registered parties.

Colby A. Kingsbury (ARDC #6272842)
Faegre Baker Daniels LLP
311 South Wacker Drive, Suite 4300
Chicago, Illinois 60606
T: (312) 212-6500
E: Colby.Kingsbury@FaegreBD.com
*COUNSEL FOR DEFENDANT*

Erin Leigh Hoffman
Faegre Baker Daniels LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
612-766-7000
Fax: 612-766-1600
Email: erin.hoffman@faegrebd.com
*COUNSEL FOR DEFENDANT*

                                            */s/ Peter Cozmyk*
                                            Peter Cozmyk
                                            Cozmyk Law Offices, LLC, 6100
                                            Oak Tree Blvd., Ste. 200
                                            Independence, OH 44131
                                            T: (877) 570-4440
                                            E: Pcozmyk@cozmyklaw.com
                                            Attorney fo Plaintiff, CARMEN KOHLER