# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CARMEN KOHLER,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**CAPITAL ONE BANK (USA) N.A.,** )<br>)<br>**Defendant.** )<br>) | Case Number: 18-cv-1423-MJR-RJD |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order dated February 1, 2019 reflecting the parties' settlement and the Joint Stipulation dated March 27, 2019, this case was dismissed with prejudice. Each party to bear her/its own costs.

Dated: March 27, 2019

    MARGARET M. ROBERTIE, Clerk of Court
       s/ *Reid Hermann*
    Deputy Clerk

Approved: s/ *Michael J. Reagan*
       MICHAEL J. REAGAN
       United States District Judge